## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**CATHERINE BREEN, as Executor of** )
**the Estate of Andrew W. Breen** )
)
**Plaintiff,** )
)
**v.** )        **Civil Action No. 10-1228 (BAH)**
)
**UNITED STATES OF AMERICA** )
)
**Defendant.** )
_____)

## STIPULATION OF DISMISSAL

Having entered into a Settlement Agreement it is hereby stipulated and agreed, by the

parties and through their respective counsel, that this action is hereby dismissed with prejudice

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.


Dated**:** October 26, 2012


Respectfully submitted,


/s/

_____
Gerald I. Holtz, D.C. Bar #221812          RONALD C. MACHEN, JR.,
611 Rockville Pike, Suite 225              D.C. BAR# 447889
Rockville, MD. 20852                       United States Attorney
(301) 610-0777

Counsel for Plaintiff.

DANIEL F.VAN HORN,
D.C. BAR# 924092
Civil Chief


/s/

_____

By:      HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

Counsel for Defendant.